UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| JASON ERIK LUND,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI,<br><br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant | Case No. 2:22-cv-06123-GW-PVC<br><br>**ORDER** |

　　AND NOW, this 22nd day of February, 2023, having considered the parties Stipulation for EAJA fees, it is hereby ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $1,198.25 and costs in the amount of $402.00.  Subject to any offset under the Treasury Offset Program, payment of this award shall be made via the Law Offices of Jane Cervantes.  If EAJA fees and costs are not subject to any offset and an assignment is provided to SSA, the award shall be paid directly to the order of Jane W. Cervantes.  All checks must be mailed care of the Law Offices of Jane W. Cervantes.

　　　　BY THE COURT,

　Date: 2/22/23

　　　　　　　　　　　　　　　　　　　　　　　/s/ Pedro V. Castillo
　　　　　　　　　　　　　　　　　　　　　　　HON. PEDRO V. CASTILLO
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**LUND v. Kijakazi, Case No. 2:22-cv-06123-GW-PVC**
**Order**